UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOBANYS AGUILERA-ALENA, | No. 1:26-cv-05722-DC-CSK (HC) |
| Petitioner, | |
| v. | ORDER TRANSFERRING MATTER TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA |
| WARDEN, KROME NORTH SPC, et al., | |
| Respondents. | |

On July 23, 2026, Petitioner, an immigration detainee proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion for a temporary restraining order, challenging his detention in U.S. Immigration and Customs Enforcement ("ICE") custody. (Doc. Nos. 1, 2.) Petitioner states in his motion for a temporary restraining order that he is currently detained at the Krome North Service Processing Center. (Doc. No. 2 at 1.) Petitioner also listed his address in the motion and application for a writ of habeas corpus as Krome North SPC, 18201 S.W. 12th St., Miami, FL 33194. (*Id.* at 6; Doc. No. 1 at 13.) Further, Petitioner named the Warden of Krome North SPC as a Respondent in his application for a writ of habeas corpus. (Doc. No. 1 at 1.)

Miami, Florida is located in Miami-Dade County, Florida, which is located in an area covered by the United States District Court for the Southern District of Florida. Jurisdiction over this § 2241 petition is proper only in the district of confinement. *See Doe v. Garland*, 109 F.4th

1

1188, 1197–98 (9th Cir. 2024).

Thus, in the interests of justice this action will be transferred to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1631.

Accordingly,

1.    This matter is TRANSFERRED to the United States District Court for the Southern District of Florida; and

2.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **July 28, 2026**

Dena Coggins
United States District Judge

2